THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 06-0517-BH-B |
| | * | |
| $4,085.00, MORE OR LESS, IN | * | |
| UNITED STATES CURRENCY | * | |
| | * | |
| Defendant. | * | |

**ORDER OF FORFEITURE**

This matter is before the Court on plaintiff's Motion for Entry of Order of Forfeiture (Doc. 11).  For cause shown, the Court concludes that the motion is due to be granted.

On August 31, 2006, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, $4,085.00, more or less, in U.S. Currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6).  Process was fully issued in this action for the forfeiture of the defendant property under the complaint.

Pursuant to the warrants of arrest in rem issued by the Clerk of Court on September 1, 2006, the defendant, $4,085.00, more or less, in U.S. Currency,  was seized on October 2, 2006.

On October 13, 2006, a copy of the Complaint, Warrant and Summons were served on Stephen J. Daigle, by and through the Terrebone Parish Criminal Justice Complex notifying him of this seizure and forfeiture action, of his right to petition the court within

thirty (30) days for a hearing to adjudicate the validity of his alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law.

Notice of this seizure and forfeiture action, of the right of all third parties to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, was published in the *Press-Register*, a newspaper of general circulation in the Southern District of Alabama, on November 29 and 30, and December 1, 4, 5 and 6, 2006.

All identifiable possible claimants were served.  All possible claimants have had adequate notice and time in which to file a claim and an answer.  No such claims or answers have been filed, and the applicable filing deadline has long since expired.

With no claims, answers, or pleadings having been filed in opposition to the forfeiture of said defendant, and there being no remaining issues, final disposition of this action is appropriate at this time.

NOW, therefore, the Court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

1.This Court has jurisdiction over the subject matter, and the amended complaint states a claim upon which relief may be granted.

2.In accordance with the verified complaint, the defendant, $4,085.00, more or less, in U.S. Currency, which was seized by the Department of Homeland Security, U.S. Customs and Border Protection, is **ordered** to be forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

3.	This Order has resolved all matters and issues joined in this action. The Clerk of Court is therefore directed to close this file for administrative and statistical purposes.

**DONE** this 12th day of March, 2007.

s/ W. B. Hand<br>
SENIOR DISTRICT JUDGE