THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 06-0517-BH-B |
| $4,085.00, MORE OR LESS, IN UNITED STATES CURRENCY | * | |
| Defendant. | * | |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the order entered this day, the defendant, $4,085.00, more or less, in United States currency is hereby forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE** this 12th day of March, 2007.

                                                        s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE